447 A.2d 637

Commonwealth v. Cashmere, Appellant.

Submitted December 5, 1980. Lewis J. Bott, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and POPOVICH, JJ.

Affirmed.

447 A.2d 637

Commonwealth v. Grosso, Appellant.

Submitted April 6, 1982. Robert W. Suter, Assistant Public Defender, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence of the court below affirmed.